UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **CHRISTOPHER SAMBISSA,** and **DARLA PALACIO SAMBISSA**, as next friend<br><br>*Petitioner*,<br><br>v.<br><br>**KRISTI NOEM,** *Secretary of Homeland Security*; **TODD LYONS,** *Acting Director, ICE*; *and* **HECTOR MELCHOR,** *Acting Director, El Paso Immigration Processing Center*,<br>*Respondents*. | § § § § § § § § § § § § §   EP-25-CV-00237-DCG |

## ORDER FOR ADDITIONAL BRIEFING

Pending before the Court is Christopher Sambissa's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, brought by Darla Palacio Sambissa as next friend. Pet., ECF No. 1. Therein, Petitioner claims his detention is unlawful and requests immediate release. *See id.* The Government has responded, requesting that the Court dismiss his Petition.

The Court needs more information as to the details surrounding Petitioner's entry to the United States to rule on the pending Petition. Petitioner claims that he entered the United States lawfully on a B1/B2 visitor visa. Pet., ECF No. 1, at 4. The Government acknowledges that Petitioner entered the United States lawfully but contends that entry was made under the Visa Waiver Program. Resp., ECF No. 3, at 2. The Government submits Immigration and Customs Enforcement records as an exhibit, which states, "Officers admitted Sambissa into the United States at the Harry Reid International Airport in Las Vegas, NV as a B2 . . . under the Visa Waiver Program." Ex. A, ECF No. 3-1, at 2.

1

Whether Petitioner entered the United States through the Visa Waiver Program or on a B1 or B2 Visa is relevant to the disposition of this matter. Accordingly, the Court **ORDERS** the Government to clarify its position regarding Petitioner's entry and submit relevant document supporting its position **by July 24, 2025.**

Petitioner **MAY** respond to the Government's filing **no later than August 1, 2025.**

The Clerk of Court shall **MAIL** this Order to the following recipients:

Christopher Sambissa
El Paso Processing Center
8915 Montana Ave. El Paso, TX 79925

Darla Palacio Sambissa
555 E. Dayman Street
Long Beach, CA 90806

**So ORDERED and SIGNED this 18th day of July 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**